IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

JOE PARKER,

    Plaintiff,

v.                                                 2:23-CV-120-Z-BR

NFN RICHARSON, *et al.*,

    Defendants.

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
AND
DISMISSING CIVIL RIGHTS CLAIM**

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss the civil rights complaint filed by Plaintiff (ECF No. 12) ("FCR"). No objections to the findings, conclusions, and recommendation have been filed.[1] After making an independent review of the pleadings, files, and records in this case, the Court concludes that the FCR is correct. It is therefore **ORDERED** that the FCR is **ADOPTED** and the case is **DISMISSED**.

**IT IS SO ORDERED.**

August 18, 2023

                                                     MATTHEW J. KACSMARYK
                                                     UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff submitted four filings to the Court after entry of the FCR. *See* ECF Nos. 13–16. None of these filings refer to the FCR. Therefore, the Court does not construe them as objections to the FCR.